In the Matter of EDITH BRITT et al., Respondents, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.

Argued November 22, 1938; decided December 6, 1938.

*William C. Chanler, Corporation Counsel (Samuel J. Silverman* and *Paxton Blair* of counsel), for appellants. *Albert de Roode* for respondents.

Order affirmed, with costs; no opinion. (See 279 N. Y. 795.)

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. LEHMAN, J., concurs under the construction placed by the majority of the court upon its decision in *Matter of Kraus* v. *Singstad* (275 N. Y. 302).